JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>Plaintiff,<br><br>v.<br><br>JACOB NAZIRI, AS TRUSTEE OF THE JACOB NAZIRI AND PARVANEH NAZIRI FAMILY TRUST; DOES 1 to 10,<br><br>Defendants. | CASE NO. 2:23-cv-02949-JLS-PVC<br><br>**JUDGMENT OF DISMISSAL** |

In accordance with the Court's Order dismissing this action for lack of prosecution, a JUDGMENT OF DISMISSAL is hereby entered.

DATED: October 17, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE